UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSEPH BROOKE,<br>TERESITA CHING,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ALEJANDRO MAYORKAS, Director of U.S. Citizenship and Immigration Services; ROBIN BARRETT, Field Office Director, USCIS San Francisco Field Office; JANET NAPOLITANO, Secretary of Department of Homeland Security; ERIC H. HOLDER, U.S. Attorney General,<br><br>    Defendants. | Case No:  C 10-03520 SBA<br><br>**JUDGMENT** |

In accordance with the Court's order granting Defendants' motion for summary judgment and denying Plaintiff's cross-motion for summary judgment,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

IT IS SO ORDERED.

Dated: July 8, 2011

                                                  _____
                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge