UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TERESITA CHING AND BROOKE JOSEPH, | Case No.: C 10-03520 SBA |
| Plaintiffs, | **ORDER ON REMAND** |
| v. | |
| ALEJANDRO MAYORKAS, Director, U.S. Citizenship and Immigration Services, *et al*. | |
| Defendants. | |

On August 7, 2013, the U.S. Court of Appeals for the Ninth Circuit affirmed in part and reversed in part this Court's July 8, 2011 Order granting summary judgment in the government's favor. The Ninth Circuit has remanded the case to the Court with instructions to remand the case to the agency. The Mandate issued on December 6, 2013.

This case is therefore REMANDED to the agency per the decision of the Ninth Circuit. The Clerk shall close the file and terminate all pending matters.

IT IS SO ORDERED.

Dated: 12/26/2013

SAUNDRA B. ARMSTRONG
United States District Judge